Argued and submitted January 19, affirmed February 24, 2016

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MICHAEL ALLEN DOUGHTY,
*Defendant-Appellant.*

Jackson County Circuit Court
115634FE; A155833

368 P3d 83

Jesse Wm. Barton argued the cause and filed the brief for appellant.

Carson L. Whitehead, Assistant Attorney General, argued the cause for respondent. With him on the brief were Ellen F. Rosenblum, Attorney General, and Anna M. Joyce, Solicitor General.

Before Armstrong, Presiding Judge, and Egan, Judge, and Shorr, Judge.

PER CURIAM

Affirmed. *State v. Alwinger,* 231 Or App 11, 217 P3d 692 (2009), *adh'd to as modified on recons,* 236 Or App 240, 236 P3d 755 (2010).